IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DAVID WILLARD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 2:14-cv-00023 |
| PILOT TRAVEL CENTERS LLC D/B/A PILOT FLYING J, | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Having reviewed the proposed settlement agreement *in camera*, the Court is satisfied that the terms of the settlement are fair, reasonable and the result of a bona fide compromise between the parties. It is accordingly ORDERED, the parties' Joint Motion for Approval of Settlement is GRANTED and the proposed settlement is APPROVED. It is further ORDERED that the case is DISMISSED WITH PREJUDICE, with each party bearing its or his own costs pursuant to the settlement agreement.

SO ORDERED, this 30 day of March, 2015.

HONORABLE LISA WOOD
UNITED STATES DISTRICT JUDGE

20129772.1